**Jean GILBERT, alias Pat Lang,**

v.

**STATE.**

**No. 27531.**

Court of Criminal Appeals of Texas.

March 9, 1955.

No attorney on appeal for appellant.

Leon Douglas, State's Atty., Austin, for the State.

**PER CURIAM.**

Passing a forged instrument is the offense; the punishment, two years in the penitentiary.

Accompanying the record is the affidavit of appellant requesting the dismissal of the appeal. The request is granted.

The appeal is dismissed.